# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 906 MAL 2016
                                :

              Respondent    :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
             v.                 :
                                :
                                :

ANTONIO L. HORNE, SR.,           :
                                :

              Petitioner      :


## ORDER


**PER CURIAM**

       **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.